TRENTON SUPERIOR POLICE OFFICERS ASSOCIATION v. S. HOWARD WOODSON, JR., PRESIDENT, CIVIL SERVICE COMMISSION, STATE OF NEW JERSEY.

June 27, 1978. Petition for certification denied.

STATE OF NEW JERSEY, BY THE DEPT. OF TRANSPORTATION, DIVISION OF AERONAUTICS v. RICHARD GREENE.

June 27, 1978. Petition for certification denied.

REGINA LYNCH HENRY v. DAVID G. HENRY.

June 27, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GERALD MC CAULEY.

June 27, 1978. Petition for certification denied. (See 157 *N. J. Super.* 349)

STATE OF NEW JERSEY v. GERALD MC CAULEY.

June 27, 1978. Cross-Petition for certification denied. (See 157 *N. J. Super.* 349)